No. 742. SMITH *v.* UNITED STATES. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Fifth Circuit denied. *Mr. W. J. Waguespack* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, J. Frank Staley,* and *William H. Riley, Jr.,* for the United States.